No. 86–1452.  STICH v. COURT OF APPEAL OF CALIFORNIA, FIRST APPELLATE DISTRICT, ET AL.  Appeal from C. A. 9th Cir.

dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.